**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*Hope Y. Lu*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*hope.lu@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2862*
*fax: (973) 297-2010*

June 20, 2025

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Abdelhamid, et al. v. USCIS, et al.*, Civil Action No. 25-1786

Dear Judge Arleo:

This Office represents the Defendants United States Citizenship and Immigration Services and federal officials sued in their official capacity (the "Federal Defendants") in the above immigration case.

We write on behalf of the Federal Defendants to respectfully request an additional two-week extension of their deadline, or until July 7, 2025, to answer, move, or otherwise respond to the Complaint. We make this request because we have been in communication with Plaintiff's counsel and internally to see if the parties can resolve this case without motion practice. The Federal Defendants also need additional time to complete their response to the Complaint and obtain the necessary approvals because of the holiday yesterday and the upcoming holiday. This is the Federal Defendants' second request for an extension of this deadline, other than a Local Rule 6.1 Clerk's extension.

Plaintiff's counsel, Sherif Bishara, Esq., however, does not consent to this extension request because he states: "We have provided multiple extensions and you continue to show bad faith and inability to do your job." He wrote: "That should be included in your response to the complaint." The Federal Defendants have not received multiple extensions from Plaintiff. The Federal Defendants only received consent from Plaintiff's counsel previously for one seven-day extension, as the parties have been in discussions as to whether they can resolve this case without motion practice. The Federal Defendants dispute Plaintiff's claim of bad faith and incompetence and respectfully submit that good cause exists to grant this extension request.

We thank the Court for its consideration of this request.

Respectfully submitted,

ALINA HABBA
United States Attorney

By: *s/ Hope Y. Lu*
HOPE Y. LU
Assistant United States Attorney

cc: All Counsel of Record (By ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/7/25